83,462-01

Aug. 11, 2015

To: Court of Criminal Appeals of Texas
P.O. Box 12308 Capitol Station
Austin, Tx 78711

RE: WR-83,462-01   Cause No. W08-51421-Y(A)
Request Status of "Writ of Mandamus"

Dear Clerk,
Could you please inform me of the status of my "Writ of Mandamus" (WR-83,462-01), in which a "Per curiam" order was issued July 1, 2015
Thank you for your time.

Respectfully Submitted,

Warren Davis #01529420
Stevenson Unit
1525 FM 766

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk